| Disciplinary# | JTVCC James T. Vaughn Correctional Center | Date: 02/14/2018 |
|---|---|---|
| 1080287 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

Case 1:13-cv-00249-LPS   Document 72-2   Filed 03/08/18   Page 1 of 2 PageID #: 1051

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1   **Housing Unit:** Bldg V   **IR#:** 1103967

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00187042 | Bass, Donald F | JTVCC | Bldg.17 A Tier | 12/13/2012 | 17:50 |

**Violations:** 1.05/200.225 Demonstrations (Strike), 1.06/200.203 Disorderly or Threatening Behavior, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

**Witnesses: 1.** Jahid, 17 Au1   **2.** N/A   **3.** N/A

### Description of Alleged Violation(s)

On the above date Thursday December 13, 2012 and approximate time 1750hours I Sergeant George Gill along with my partner Officer Rea Green were conducting recreation on A tier. There were two yards available outside for Bass to get his recreation. Bass said to this writer I want to have my recreation inside in yard 1, at that time there was an inmate in yard one and we were about to conduct phone calls which is done in yard one so Bass was given the option of either going outside to one of the empty yards which were yards three and five or he could take a shower. Bass decided that he was going to go out to one of the yards outside. Restraints was placed on Bass in the form of handcuffs and Bass was escorted outside to yard five by myself and my partner. Upon arriving at yard five I Sgt Gill was in the process of un-securing Bass so that he could begin his recreation, Bass started to become very disrespectful and disorderly and threatening, saying things like every time I am around him its always some shit and who the fuck do I think that I am too tell him where he can go for his recreation. Once I unsecured Bass left hand he ripped his hand out of my hand and had my handcuff key and handcuffs in his possession. Bass then started shouting saying " bring the fucking Lieutenant or you can come in here I wish I can get at you, you lucky I am in here." At that time Bass then walked up to the fence and kicked the fence with so much force that the entire fence in yard five and yard four was shaking. Bass then started to make all kind of threats to this writer saying " I have eight life sentences I may not get you today Gill but I will eventually fuck you up." At that time I and my partner left the tier and I notified the area Lieutenant, Lieutenant Todd Drace of the situation at hand. The QRT team was assembled at 1810 hours and arrived in SHU 17 at approximately 1823 hours. The QRT team was briefed by Drace and entered A tier and went outside to yard five, I was not out in the yard so I could not hear what was being said. Bass was very uncooperative and would not come and cuff up, he continued to pace back and forth in the yard. The yard was then unsecured and the QRT team fired on Bass, Bass was very combative and was swinging his arms in all kind of directions and fighting the team Bass had to be taken to the ground by the QRT team, while on the ground Bass was still combative and was trying to fight the team it was at that time that Lt Drace applied capstun to the facial area of Bass. The team was then able to place Bass in restraints in the form of handcuffs and shackles. Once Bass was secured he was escorted up to SHU 20 where he was cleared by nurse Carol Bianchi. Bass was then escorted to SHU 18 CU9 by the QRT team without further incident. End Of Report.

**Reporting Officer:** Gill, George  (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Gill, George  -CO Corporal/Sgt. - Large Inst.

Inmate Escorted By Qrt Team To Bldg 18

### Offender Disposition Details

**Disposition:** N/A   **Date:** N/A   **Time:** N/A   **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [ x ]   **Disapproved:** [ ]   **Approved By:** Drace, Todd S (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 12/13/2012   **Time:** 22:00   **Received From:** Drace, Todd S

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1  **Housing Unit:** Bldg V  **IR#:** 1103967

Drace, Todd S (Staff Lt./Lt)

I have received a copy of this notice on **DATE:**_____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** Drace, Todd S    **Offender:** Bass, Donald F